# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SONS OF CONFEDERATE VETERANS,
FLORIDA DIVISION, INC., JOHN W.
ADAMS,

          **Plaintiffs,**

-vs-                            Case No. 6:09-cv-134-Orl-28KRS

JEFFREY H. ATWATER, RAY SANSOM,
ANDY GARDINER, RICHARD
GLORIOSO, MICHAEL DAVIS,
ELECTRA THEODORIDES-BUSTLE,

          **Defendants.**

## ORDER

This case is before the Court on Plaintiffs' Motion for Attorney's Fees and Costs (Doc. No. 50) filed April 14, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiffs' objections to the Report and Recommendation (Doc. No. 58), and Defendant Theodorides-Bustle's Responses to Plaintiffs' Objections (Doc. No. 59), Plaintiffs' Objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 6, 2011 (Doc. No. 56) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Attorney's Fees and Costs (Doc. No. 50) is **DENIED**.

**DONE and ORDERED** in Chambers, Orlando, Florida this 6th day of June, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record